**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Chicago Day Laborer Committee, Juan Doe, Jose Doe, Jaime Doe, Francisco Doe, Joel Doe          v.

City of Chicago, Officers A.W. Sherlock and Officer A. Trapalis, in their individual and official capacities, Robert G. Degenhart, Does 1-20, Home Depot

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All plaintiffs

```
FILED: JUNE 13, 2008
08CV3425
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
TC
```

| NAME (Type or print) |
|---|
| Jorge Sanchez |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jorge Sanchez |
| FIRM |
| Despres Schwartz and Geoghegan |
| STREET ADDRESS |
| 77 W Washington Street Suite 711 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6244796 | (312) 372-2511 ext.18 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐